JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROGER VALENCIA, an Individual, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV13-01433 GAF (FFMx)<br><br>**CONSENT DECREE AND PERMANENT STIPULATED INJUNCTION** |

The Court, pursuant to the Stipulation for Entry of Consent Decree an Permanent Stipulated Injunction ("Stipulation"), between Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff"), on the one hand, and Defendant ROGER VALENCIA ("Defendant"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendant as follows:

/ / /

1.   **PERMANENT STIPULATED INJUNCTION.**  Without admitting any liability, Defendant and any person or entity acting in concert with, or at his direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which he may exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* §1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

a.   importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's Trademarks and Copyrights, including but not limited to ADOBE® PHOTOSHOP® marks and works, and/or any Intellectual Property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Trademarks and Copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

b.   performing or allowing others employed by or representing him, or under his control, to perform any act or thing which is likely to injure any of Plaintiff's Trademarks and Copyrights, including but not limited to ADOBE® PHOTOSHOP® marks and works, and/or Plaintiff's business reputation or goodwill;

c.   engaging in any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, federal copyright infringement, or other act which would tend damage or injure Plaintiff; and/or

/ / /

/ / /

d.      using any Internet domain name or website that includes any of Plaintiff's Trademarks and Copyrights, including the ADOBE® PHOTOSHOP® marks and works.

2.      Defendant is ordered to deliver immediately to Plaintiff for destruction all unauthorized products, including counterfeit ADOBE® PHOTOSHOP® software products and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in his possession or under his control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, to the extent that any of these items are in Defendant's possession.

3.      This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court, and the case shall be dismissed in its entirety upon entry of this Permanent Injunction.

4.      The Court finds there is no just reason for delay in entering this Permanent Injunction, and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against Defendant.

5.      **NO APPEALS AND CONTINUING JURISDICTION.**   No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal.   This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction.

/ / /

/ / /

/ / /

**CONSENT DECREE AND PERMANENT STIPULATED INJUNCTION**

1       6.    **NO FEES AND COSTS.**  Each party shall bear its/his own attorneys'

2 fees and costs incurred in this matter.

3

4       IT IS SO ORDERED, ADJUDICATED and DECREED this 16th day of

May 2013.

5

6

7

8

9 **JS-6**

                                   _____

                                   HON. GARY A. FEESS

10                                    United States District Judge

                                   Central District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT DECREE AND PERMANENT STIPULATED INJUNCTION**